JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GUESS,<br><br>     Plaintiff,<br><br>     v.<br><br>LOS ANGELES CITY POLICE DEPARTMENT AND UNNAMED OFFICERS 1-20,<br><br>     Defendants. | Case No.: 2:14-CV-01158-BRO-PJW<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL**<br><br>[Filed concurrently with Stipulation of Voluntary Dismissal] |

Before the Court is the parties' stipulation to dismiss this case in its entirety with prejudice based on Rule 41 of the Federal Rules of Civil Procedure and the parties' settlement. For good cause shown, this case is hereby dismissed with prejudice in its entirety. Each side will bear its own fees and costs. The Court shall retain jurisdiction to enforce the settlement.

**IT IS HEREBY ORDERED**

Dated: January 14, 2016 _____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE